**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| **IN RE:** | § | **CASE NO: 24-11217** |
|  | § |  |
| **HERBERT C HARPER,** | § | **CHAPTER 13** |
|  | § |  |
| **DEBTOR.** | § | **SECTION A** |
|  | § |  |

## ORDER

The Court held a hearing on February 19, 2026, to consider the *Emergency Motion To Stay Confirmation Pending Appeal (Fed. R. Bankr. P. 8007)* (the "Motion"), [ECF Doc. 227], filed by Lois Williams Gautier (the "Movant").

> APPEARANCES:   Derek T. Russ, counsel for the Movant; and
> Jonathan R. DeTrinis, counsel for the Debtor.

For the reasons stated on the record,

**IT IS ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that the Movant shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, February 19, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE