# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

## TRANSFER ORDER

IT IS ORDERED that the following Section "T" cases are hereby reallotted to Judge Anna St. John, Section "N" of this Court, effective as of the date of this Order.

**Civil:**

| | |
|---|---|
| 25-1066 | Auxilior Capital Partners, Inc., v. AHA Huts, LLC, et al |
| 25-1295 | Jane Doe v. Administrators of Tulane Educational Fund, et al |
| 26-63 | Howard v. New Orleans Civil Service Commission |
| 26-74 | Direct Steel, LLC v. Tri-C Civil Construction, LLC, et al |
| 26-229 | In Re: Herbert C. Harper |
| 26-370 | Harold E. Jones, et al v. Volkswagen Group of America, Inc. |
| 26-638 | Cuiellette v. Hyatt Hotel Corp. |

**Criminal:**

| | |
|---|---|
| 26-cr-74 | USA v. Tanzanika Ruffin |

**IT IS FURTHER ORDERED** that all deadlines and hearings remain in effect unless and until there is an order from Section "N" directing otherwise.

New Orleans, Louisiana this 17th day of April, 2026.

_____

**WENDY B. VITTER, Chief Judge**
**United States District Court**